UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, ET AL., <br><br> Defendants. | Case No. 2:20-cv-314-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

### JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT AS TO PANASONIC CORPORATION OF NORTH AMERICA

Plaintiff Liberty Patents, LLC ("Liberty Patents") and Defendant Panasonic Corporation of North America ("Panasonic") hereby notify the Court that the parties have reached an agreement in principle, which would resolve all matters in controversy between them in the above-captioned action.  Accordingly, Liberty Patents and Panasonic file this joint motion for a stay of all deadlines for forty-five (45) days, so that the parties can finalize their settlement agreement and appropriate dismissal papers may be submitted.  Liberty Patents and Panasonic request this stay, not for purpose of delay, but that they might finalize and file dismissal papers without incurring additional expense.

Dated: January 21, 2021                     Respectfully submitted,

/s/ Steven J. Routh
Steven J. Routh (D.C. Bar # 376068)
LEAD ATTORNEY
srouth@orrick.com
Sten A. Jensen (D.C. Bar # 443300)
sjensen@orrick.com
Christopher J. Siebens (D.C. Bar # 1031543)

1

csiebens@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center 1152 15th Street, NW
Washington, DC 20005
Tel: (202) 339-8400
Fax: (202) 339-8500

**ATTORNEYS FOR DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA**


*/s/ Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701

                                            (903) 593-7000
                                            (903) 705-7369 fax

**ATTORNEYS FOR PLAINTIFF LIBERTY PATENTS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Liberty Patents and counsel for Panasonic have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

                                            */s/ Zachariah S. Harrington*
                                            Zachariah S. Harrington

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 21st day of January 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                            */s/ Zachariah S. Harrington*
                                            Zachariah S. Harrington