UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, ET AL., <br><br> Defendants. | Case No. 2:20-cv-314-JRG-RSP (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS LENOVO

WHEREAS, Plaintiff Liberty Patents LLC ("Plaintiff") and Defendants Lenovo Group Limited, Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo Information Products (Shenzhen) Co. Ltd., LCFC (Hefei) Electronics Technology Co. Ltd. d/b/a LC Future Center and Lenovo Compal Future Center, Lenovo Centro Tecnológico S. de R.L. de C.V., and Lenovo PC HK Ltd (collectively "Lenovo") have resolved Plaintiff's claims for relief against Lenovo asserted in this case.

NOW, THEREFORE, Plaintiff and Lenovo, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Lenovo with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: July 6, 2021

Respectfully submitted,

/s/ Zachariah S. Harrington
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.

/s/ Robert Benson
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 N. College Ave., Ste. 900
Tyler, TX 75702

1

| | |
|---|---|
| Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>Christopher Ryan Pinckney<br>Texas Bar No. 24067819<br>ryan@ahtlawfirm.com<br>Rehan M. Safiullah<br>Texas Bar No. 24066017<br>rehan@ahtlawfirm.com<br><br>ANTONELLI, HARRINGTON<br>& THOMPSON LLP<br>4306 Yoakum Blvd., Ste. 450<br>Houston, TX 77006<br>(713) 581-3000<br><br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>Catherine Bartles<br>Texas Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>THE STAFFORD DAVIS FIRM<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000<br>(903) 705-7369 fax<br><br>*Attorneys for Liberty Patents LLC* | (903) 534-1100 Telephone<br>(903) 534-1137 Facsimile<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br><br>Robert Benson (CA Bar # 155971)<br>LEAD ATTORNEY<br>rbenson@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>Tel: (949) 567-6700<br>Fax: (949) 567-6710<br><br>*Counsel for Defendants Lenovo Group Limited, Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo Information Products (Shenzhen) Co. Ltd., LCFC (Hefei) Electronics Technology Co. Ltd. d/b/a LC Future Center and Lenovo Compal Future Center, Lenovo Centro Tecnológico S. de R.L. de C.V., and Lenovo PC HK Ltd.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 6th day of July 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington