UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, ET AL., <br><br> Defendants. | Case No. 2:20-cv-314-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS COMPAL**

Plaintiff Liberty Patents LLC ("Liberty Patents") and Defendants Compal Electronics, Inc. and Compal Information Technology (Kunshan) Co. Ltd. (collectively "Compal") hereby submit this Joint Motion to Dismiss Compal with Prejudice, and the parties stipulate as follows:

WHEREAS, on September 28, 2020, Liberty Patents filed a lawsuit against, *inter alia*, Compal for infringement of U.S. Patent Nos. 6,535,959, 6,920,573, and 7,493,612 (collectively, "the Patents-in-Suit");

WHEREAS, on January 5, 2021, Compal filed an Answer raising defenses of, *inter alia*, non-infringement and invalidity;

WHEREAS, Liberty Patents has reached an agreement with a third-party relating to the Patents-in-Suit (i.e., the Liberty/Third Party Agreement);

NOW, THEREFORE, in consideration thereof, Liberty Patents and Compal, through their attorneys of record, request this Court to dismiss with prejudice Liberty Patents' claims under the Patents-in-Suit and solely with respect to products and services licensed or released under the Liberty/Third Party Agreement, and without prejudice with respect any other claims.

1

Liberty Patents and Compal further request that each party bear its own costs, attorneys fees, and expenses with respect to those claims.

Dated: July 9, 2021					Respectfully submitted,

/s/ Zachariah S. Harrington			/s/ Robert Benson
Matthew J. Antonelli				Eric H. Findlay
Texas Bar No. 24068432				State Bar No. 00789886
matt@ahtlawfirm.com				Brian Craft
Zachariah S. Harrington				State Bar No. 04972020
Texas Bar No. 24057886				FINDLAY CRAFT, P.C.
zac@ahtlawfirm.com				102 N. College Ave., Ste. 900
Larry D. Thompson, Jr.				Tyler, TX 75702
Texas Bar No. 24051428				(903) 534-1100 Telephone
larry@ahtlawfirm.com				(903) 534-1137 Facsimile
Christopher Ryan Pinckney			efindlay@findlaycraft.com
Texas Bar No. 24067819				bcraft@findlaycraft.com
ryan@ahtlawfirm.com
Rehan M. Safiullah				Robert Benson (CA Bar # 155971)
Texas Bar No. 24066017				LEAD ATTORNEY
rehan@ahtlawfirm.com				rbenson@orrick.com
						ORRICK, HERRINGTON & SUTCLIFFE, LLP
ANTONELLI, HARRINGTON			2050 Main Street
& THOMPSON LLP					Suite 1100
4306 Yoakum Blvd., Ste. 450			Irvine, CA 92614-8255
Houston, TX 77006				Tel: (949) 567-6700
(713) 581-3000					Fax: (949) 567-6710

Stafford Davis					*Counsel for Defendants Compal Electronics, Inc.*
State Bar No. 24054605				*and Compal Information Technology (Kunshan)*
sdavis@stafforddavisfirm.com			*Co. Ltd.*
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Liberty Patents LLC*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 9th day of July 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
