IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:20-cv-00314-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| LENOVO GROUP LIMITED, ET AL. | § | |
| | § | |
| ACER INC. | § | Case No. 2:20-cv-00287-JRG-RSP |
| | § | MEMBER CASE |
| *Defendants*. | § | |

# ORDER

Before the Court is the Joint Motion to Dismiss Acer ("Motion") filed by Plaintiff Liberty Patents, LLC ("Liberty Patents") and Defendant Acer Inc. ("Acer") (collectively, the "Moving Parties"). **Case No. 2:20-cv-00314-JRG-RSP, Dkt. No. 125**. The Moving Parties' Motion seeks to dismiss Liberty Patents' claims for relief against Acer with prejudice, and with all attorneys' fees, costs of court and expenses to be borne by the party incurring the same.

After due consideration, the Court **GRANTS** the Moving Parties' Motion. It is therefore **ORDERED** that all of Liberty Patents' claims for relief against Acer in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

The Clerk is directed to **CLOSE** Case No. 2:20-cv-00287-JRG-RSP and **KEEP OPEN** Case No. 2:20-cv-00314-JRG-RSP as other consolidated defendants remain.

**So ORDERED and SIGNED this 9th day of July, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE