IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:20-cv-00314-JRG-RSP |
| | § | |
| LENOVO GROUP LIMITED, ET AL. | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss Lenovo (the "Motion") filed by Plaintiff Liberty Patents LLC and Defendants Lenovo Group Limited, Lenovo (Shanghai) Electronics Technology Co. Ltd., Lenovo Information Products (Shenzhen) Co. Ltd., LCFC (Hefei) Electronics Technology Co. Ltd. d/b/a LC Future Center and Lenovo Compal Future Center, Lenovo Centro Tecnológico S. de R.L. de C.V., and Lenovo PC HK Ltd. (collectively, "Lenovo") (collectively, the "Moving Parties"). (Dkt. No. 127). The Moving Parties' Motion seeks to dismiss Liberty Patents' claims for relief against Lenovo with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

After due consideration, the Court **GRANTS** the Moving Parties' Motion. It is therefore **ORDERED** that all of Liberty Patents' claims for relief against Lenovo in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned matter since other consolidated defendants remain.

## So Ordered this

**Jul 19, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE