IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:20-cv-00314-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| LENOVO GROUP LIMITED, ET AL., | § | |
| | § | |
| HP INC., | § | Case No. 2:20-cv-00289-JRG-RSP |
| | § | MEMBER CASE |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss HP Inc. (the "Motion") filed by Plaintiff Liberty Patents LLC and Defendant HP Inc. ("HP") (collectively, the "Moving Parties"). (Case No. 2:20-cv-00314-JRG-RSP, Dkt. No. 128). The Moving Parties' Motion seeks to dismiss Liberty Patents' claims for relief against HP with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

After due consideration, the Court **GRANTS** the Moving Parties' Motion. It is therefore **ORDERED** that all of Liberty Patents' claims for relief against HP in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

The Clerk of Court is directed to **CLOSE** Case No. 2:20-cv-00289-JRG-RSP and **MAINTAIN AS OPEN** Case No. 2:20-cv-00314-JRG-RSP since other consolidated defendants remain.

**So Ordered this**

Jul 19, 2021

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE