IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> LENOVO GROUP LIMITED, ET AL., § <br> § <br> § <br> *Defendants*. § | Case No. 2:20-cv-00314-JRG-RSP <br> LEAD CASE |

## ORDER

Before the Court is the Joint Motion to Dismiss Compal (the "Motion") filed by Plaintiff Liberty Patents LLC and Defendants Compal Electronics, Inc. and Compal Information Technology (Kunshan) Co. Ltd. (collectively, "Compal") (collectively, the "Moving Parties"). **(**Dkt. No. 129). The Moving Parties' Motion seeks to dismiss Liberty Patents' claims for relief against Compal with prejudice solely with respect to products and services licensed or released under the Liberty/Third Party Agreement, and without prejudice with respect any other claims, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

After due consideration, the Court **GRANTS** the Moving Parties' Motion. It is therefore **ORDERED** that Liberty Patents' claims for relief against Compal in the above-captioned matter under U.S. Patent Nos. 6,535,959, 6,920,573, and 7,493,612, and solely with respect to products and services licensed or released under the Liberty/Third Party Agreement are hereby **DISMISSED WITH PREJUDICE**. Any other claims between the parties are dismissed without prejudice. It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above captioned matter since other consolidated defendants remain.

**So Ordered this**

**Jul 19, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE