**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LIBERTY PATENTS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Case No. 2:20-cv-00314-JRG-RSP |
| v. | § | LEAD CASE |
| | § | |
| LENOVO GROUP LIMITED, ET AL., | § | |
| | § | |
| | § | |
| ASUSTEK COMPUTER INC., | § | Case No. 2:20-cv-000288-JRG-RSP |
| | § | MEMBER CASE |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Dismiss Certain Claims Against ASUSTeK Computer Inc. (the "Motion") filed by Plaintiff Liberty Patents LLC and consolidated Defendant ASUSTeK Computer Inc. (collectively, the "Moving Parties"). (Case No. 2:20-cv-00314-JRG-RSP, Dkt. No. 130). The Moving Parties' Motion seeks to dismiss Liberty Patents' claims for relief regarding U.S. Patent Nos. 6,535,959 ("the '959 Patent") and 7,493,612 ("the '612 Patent") against ASUSTeK with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same. The parties represent that all infringement claims with respect to U.S. Patent No. 6,920,573 ("the '573 Patent") remain in this case.

After due consideration, the Court **GRANTS** the Moving Parties' Motion. It is therefore **ORDERED** that all of Liberty Patents' claims for relief against ASUSTeK in the above-captioned matter regarding the '959 Patent and the '612 Patent are hereby **DISMISSED WITH PREJUDICE**. The claims under the '573 Patent remain live.  It is further **ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

The Clerk of Court is directed to **MAINTAIN AS OPEN** both Case No. 2:20-cv-00288-

JRG-RSP and Case No. 2:20-cv-00314-JRG-RSP.

## So Ordered this

**Jul 19, 2021**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE