# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LENOVO GROUP LIMITED, ET AL., <br><br> Defendants. | Case No. 2:20-cv-314-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING HEARING PRESENTATION

Defendant ASUSTek Computer Inc. files the attached slides presented at the August 10, 2021, Claim Construction Hearing.

Dated: August 10, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
TX State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Carrie A. Bader
LEAD ATTORNEY
Eric A. Buresh
Clifford Thomas Brazen
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
(913) 777-5600
(913) 777-5601 – fax  carrie.bader@eriseip.com
eric.buresh@eriseip.com
cliff.brazen@eriseip.com

Aaron P. Maurer
amaurer@wc.com

>Sumeet P. Dang
>sdang@wc.com
>D. Shayon Ghosh
>sghosh@wc.com
>Loryn Helfmann
>lhelfmann@wc.com
>Adam D. Harber
>aharber@wc.com
>WILLIAMS & CONNOLLY LLP
>725 Twelfth Street, N.W.
>Washington, DC 20005
>Tel: 202/434-5282
>Fax: 202/434-5029
>
>*Attorneys for Defendant ASUSTeK Computer Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 10th day of August, 2021.

>/s/ Melissa R. Smith
>Melissa R. Smith