IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PATENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LENOVO GROUP LIMITED, ET AL.,<br><br>    Defendants. | CASE NO. 2:20-cv-314-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS ASUSTEK COMPUTER INC.

WHEREAS, Plaintiff Liberty Patents LLC ("Liberty Patents") and Defendant ASUSTeK Computer Inc. ("ASUSTeK") have resolved Liberty Patents' claims for relief against ASUSTeK asserted in this case.

NOW, THEREFORE, Liberty Patents and ASUSTeK, through their attorneys of record, request this Court to dismiss all claims asserted by Liberty Patents against ASUSTeK in this case with prejudice, with each party to bear its own attorneys' fees, costs of court, and expenses.

Dated: August 20, 2021                                             Respectfully submitted,

| | |
|---|---|
| */s/ Zachariah S. Harrington*<br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Zachariah S. Harrington<br>Texas Bar No. 24057886<br>zac@ahtlawfirm.com<br>Larry D. Thompson, Jr.<br>Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>Christopher Ryan Pinckney<br>Texas Bar No. 24067819<br>ryan@ahtlawfirm.com | */s/ Carrie A. Bader*<br>Carrie A. Bader<br>Eric A. Buresh<br>Clifford T. Brazen<br>ERISE IP, P.A.<br>7015 College Blvd., Suite 700<br>Overland Park, Kansas 66211<br>(913) 777-5600<br>(913) 777-5601 – fax<br>carrie.bader@eriseip.com<br>eric.buresh@eriseip.com<br>cliff.brazen@eriseip.com |

1

Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Liberty Patents LLC*

Melissa R. Smith (State Bar No. 24001351)
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Andrew Thompson ("Tom") Gorham
State Bar No. 24012715
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: tom@gillamsmithlaw.com

*Attorneys for Defendant ASUSTeK Computer Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 20th day of August 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

        */s/ Zachariah S. Harrington*
        Zachariah S. Harrington